UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEKNOR APEX COMPANY<br><br>Plaintiff<br><br>v.<br><br>KMART CORPORATION<br>A/K/A K MART CORPORATION<br><br>Defendant | : | [redacted] 06 100S<br>C.A. No. |

AFFIDAVIT OF BERTRAM LEDERER IN SUPPORT
OF PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF
AND ISSUANCE OF TEMPORARY RESTRAINING ORDER

I, BERTRAM LEDERER, under oath hereby declare:

1. I am employed by Plaintiff Teknor Apex Company ("Teknor"), and my duties in that capacity include assisting in maintaining the records referred to in this Affidavit.

2. Attached hereto as Exhibit A is a true and correct copy of the original United States Patent No. D499,465 ("Hose Patent") Teknor received from the United States Patent and Trademark Office through its attorney. The original is maintained in the ordinary course of Teknor's business. Teknor is unaware of any issue as to the validity of the Hose Patent.

3. Teknor is a Rhode Island company that compounds, mixes and molds plastics and rubber. Teknor designs and manufacturers a variety of products, including garden hoses.

4. Teknor has grown its business in size and complexity, and currently is a leading custom compounder of PVC, thermoplastic products and rubber materials used in many industries, and is now one of the major manufacturers of garden hoses and floor mats in the United States.

5. Teknor employs over 2,000 people and more than 550 in Rhode Island.

6. As for the Hose Patent, the transparent longitudinal strip-like portion visible in the Patent, Exhibit A, has been used by Teknor on garden hose products Teknor has sold. All Teknor garden hose product using the Hose Patent design is made in the United States,

is of very high quality, and some of such hose is provided with a lifetime warranty by Teknor.

7. Kmart has sold garden hose in Rhode Island having a longitudinal transparent strip (the "Kmart Infringing Hose"), including a 25 foot version of which is sold under the name "Essential Garden". The Kmart Infringing Hose is of inferior quality to the Teknor Hose. It can be sold for lower prices. Teknor is informed and believes that the Kmart Infringing Hose is made in China, none is made in the US, and carries a warranty as low as two years. An image of one version of the Kmart Infringing Hose sold in Rhode Island is attached hereto as Exhibit B. That hose, although labeled 5/8" diameter, in fact has a 1/2" diameter. Such mislabeling would further harm Teknor if purchasers of the Kmart Infringing Hose mistakenly believe it is Teknor's Hose.

8. Teknor is informed and believes that Kmart has sold, is selling, or intends to offer for sale or sell Kmart Infringing Hose throughout the US, including Rhode Island.

9. As a direct and proximate result of Defendant's acts of infringement and other violations of the law, Teknor has suffered damages. Sales of similar, but inferior product such as Kmart Infringing Hose, has the multiple impact of decreasing sales for Teknor, harming the strength of Teknor products, harming Teknor's reputation in the marketplace, and depriving Teknor of some of the benefits of its Hose Patent, including the right to exclude others from making the patented design.

10. Copies of the references cited in the Hose Patent are attached hereto as Exhibit C.

[signature]
Bertram Lederer

STATE OF RHODE ISLAND
COUNTY OF Providence

In Pawtucket, on the 3 day of March, 2006, before me personally appeared Bertram Lederer to me known and known by me to be the party executing the foregoing instrument, by hand, executed to be his free act and deed.

[signature]
Notary Public
Commission Expires: 6/25/09

US00D499465S

(12) **United States Design Patent**
**Paul, III**

(10) **Patent No.:** US D499,465 S
(45) **Date of Patent:** ** Dec. 7, 2004

(54) **GARDEN HOSE**

(75) Inventor: **Frank W. Paul, III**, Brownsville, TN (US)

(73) Assignee: **Teknor Apex Company**, Pawtucket, RI (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/189,388**

(22) Filed: **Sep. 4, 2003**

(51) **LOC (7) Cl.** ........ 23-01
(52) **U.S. Cl.** ........ D23/266
(58) **Field of Search** ........ D23/266; 138/118, 138/118.1, 126, 128, 157

(56) **References Cited**

U.S. PATENT DOCUMENTS


| | | | | | |
|---|---|---|---|---|---|
| D197,378 S | * | 1/1964 | Greczin | .......... | D23/266 |
| 3,529,633 A | * | 9/1970 | Vaillancourt | .......... | 138/118 |
| D323,207 S | * | 1/1992 | Cole et al. | .......... | D23/266 |
| 5,899,236 A | * | 5/1999 | Coronado et al. | .......... | 138/125 |
| 6,322,109 B1 | * | 11/2001 | Campbell et al. | .......... | 285/92 |

* cited by examiner


*Primary Examiner*—Robin V. Taylor
(74) *Attorney, Agent, or Firm*—Salter & Michaelson

(57) **CLAIM**

The ornamental design for a garden hose, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a garden hose showing my new design;

FIG. 2 is a side elevational view thereof.

FIG. 3 is an elevational view of the opposite side thereof;

FIG. 4 is a top plan view thereof, the bottom plan view being a mirror image thereof;

FIG. 5 is an end view thereof;

FIG. 6 is a perspective view of a second embodiment of my new design;

FIG. 7 is a side elevational view thereof;

FIG. 8 is an elevational view of the opposite side thereof;

FIG. 9 is a top plan view thereof, the bottom plan view being a mirror image thereof; and,

FIG. 10 is an end view thereof.

The broken line portion in FIG. 1 and FIG. 6 is for information only and forms no part of the claimed design.

The characteristic feature of the design resides in an opaque outer coating for the garden hose having a transparent strip-like portion extending longitudinally thereof on one or both sides thereof.

**1 Claim, 4 Drawing Sheets**





Exhibit A



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



drinking water safe nickel plated coupling
two year warranty


EXHIBIT B