AO 440 (Rev. 10/93) Summons in a Civil Action

3/10/06
243

# UNITED STATES DISTRICT COURT

District of Rhode Island

TEKNOR APEX COMPANY

V.

KMART CORPORATION

## SUMMONS IN A CIVIL CASE

CA 06 100 S

CASE NUMBER:

TO: (Name and address of Defendant)

Kmart Corporation
c/o CT Corporation
10 Weybosset Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert D. Fine
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 3-6-06

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3/10/06 |
| NAME OF SERVER *(PRINT)* Carl Tanaktziw | TITLE P-I-P- |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): c/o A/F/S C.T. Corporation Howry Bassett (Miss Cassle)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/10/06
Date

Signature of Server

243 pm

P.O. Box 5764
Prov. RI 02903
Address of Server

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2006 MAR 17 A 11:01

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.