UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TEKNOR APEX COMPANY,

Plaintiff

v. C.A. No. 2006-100-S

KMART CORPORATION,
A/K/A K MART CORPORATION

Defendant.

***PLAINTIFF'S MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO REQUEST FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION***

The plaintiff, Teknor Apex Company ("Teknor"), hereby moves the Court for an Order extending the time within which the defendant, KMart Corporation a.k.a. K Mart ("KMart"), may answer or otherwise respond to the plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction through and including Friday, April 14, 2006.

In support of this motion, Teknor states that since the inception of this case, its counsel and counsel for KMart have been in dialogue, exploring terms and conditions under which the issues between them may be resolved. Teknor believes that it is in the best interest of those discussions to extend the time for KMart to respond to the motion for injunctive relief until those discussions have reached their conclusion.

In the ordinary course, the parties would have submitted a Stipulation for the Court's consideration under L.R. Cv. 29(b). However, the defendant's counsel is out-of-state, and therefore unable to sign a Stipulation for this Court. L.R. Gen. 201(a). Thus, Teknor files this motion.

WHEREFORE, Teknor prays that this motion be granted, and that the defendant's time to respond to the requests for injunctive relief be extended through and including April 14, 2006.

TEKNOR APEX COMPANY,
By its attorneys,

Robert D. Fine (#2447)
Douglas J. Emanuel (#5176)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel: (401) 453-6400
Fax: (401) 453-6411

Dated: March 23 , 2006