UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 2 2 2006
U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| TEKNOR APEX COMPANY,<br><br>Plaintiff<br><br>v.<br><br>KMART CORPORATION,<br>A/K/A K MART CORPORATION<br><br>Defendant. | ) | C.A. No. 06-100S |

***STIPULATION AND ORDER***
***OF DISMISSAL WITH PREJUDICE***

Pursuant to Rule 41(a)(2) of the Federal Rule of Civil Procedure, IT IS HEREBY STIPULATED and AGREED by and between plaintiff Teknor Apex Company and defendant KMART Corporation, through their respective duly authorized counsel, that the within action be and hereby is DISMISSED WITH PREJUDICE.

Each side will bear its own costs and fees.

Plaintiff,

TEKNOR APEX COMPANY

By its attorneys,

Robert D. Fine

Robert D. Fine, Esq. (#2447)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Phone: (401) 453-6400
Fax: (401) 453-6411

Defendant,

KMART CORPORATION

By its attorneys,

Grant E. Kinsel, Esq
Foley & Lardner, LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067
Phone: (310) 975-7805
Fax: (310) 557-8475

ENTER WES
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 6/22/06